**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BARRON, | Case No.: EDCV 13-526 DSF (SPx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| SOUTHERN CALIFORNIA GAS CO., UTILITY WORKERS UNION OF AMERICA AFL-CIO LOCAL 132, and DOES 1-99, inclusive. | |
| Defendants. | |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the case be dismissed,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 7/18/13

_____
Dale S. Fischer
United States District Judge